UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL PALMER,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:22-cv-06040-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Pro se plaintiff Larnell Palmer filed a complaint on October 11, 2022. Dkt. No. 1. The case was assigned to a magistrate judge and set for an initial case management conference on January 13, 2023. Dkt. No. 2. Palmer "failed to file a case management statement, due January 6, 2023; he did not appear at the initial case management conference," and he "did not respond to the Court's efforts to reach him at his telephone number of record." Dkt. No. 4 at 1. Palmer had also made no "apparent effort to serve the defendant." *Id.* The magistrate judge ordered Palmer to show cause in writing, by January 31, 2023, why this case should not be dismissed for failure to prosecute. *Id.* Palmer did not respond to the order to show cause. The magistrate judge filed a report and recommendation of dismissal without prejudice. Dkt. No. 5 at 1.

Palmer did not object to the report, and the time to file objections has closed. Fed. R. Civ. P. 72(b). The Court adopts the report and recommendation. The complaint is dismissed without prejudice under Federal Rule of Civil Procedure 41(b), and the case is ordered closed.

**IT IS SO ORDERED.**

Dated: March 17, 2023

_____
JAMES DONATO
United States District Judge